AO ___          Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

_____Eastern_____          District of          _____Arkansas_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| V. | |

Kelley, Desmond Kentrell

Case Number: **4:17-cr-00111-16-JM**

USM Number: **24077-009**

**John Hall**
Defendant's Attorney at Sentencing

**Date of Original Judgment:** _____10/13/20_____
**(Or Date of Last Amended Judgment)**

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
        ☐ DENIED.
        X GRANTED and the defendant's previously imposed sentence of imprisonment of
        ___65___ months is reduced to _60 months_ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): _23_          Amended Offense Level: _23_
        Criminal History Category: _III_          Criminal History Category: _II_
Previous Guideline Range: _60_ to _71_ months   Amended Guideline Range: _60_ to _63_ months

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
        at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III.  FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated _10/13/20_ shall remain in effect.

**IT IS SO ORDERED.**

_11/28/2023_____
Order Date

_____
Signature of Judge

_February 1, 2024_____
Effective Date (if delayed)

U.S. District Judge Jay M. Moody, Jr.
Name and Title of Judge